**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Curtis Garner, | No. CV-18-04432-PHX-ROS |
| Plaintiff, | **AMENDED ORDER** |
| v. | (to correct signature of judge) |
| Edmund's Holdings LLC, | |
| Defendant. | |

Plaintiff filed his complaint on December 5, 2018. The following day, the Court issued a preliminary order indicating the case would be dismissed if Plaintiff did not file proof of service within ninety days. (Doc. 6). Plaintiff has not yet filed proof of service.

Accordingly,

**IT IS ORDERED** no later than **March 13, 2019**, Plaintiff shall file proof of service or a motion seeking additional time to complete service explaining the delay. The Clerk of Court is directed to enter a judgment of dismissal without prejudice in the event Plaintiff does not file proof of service or a motion by that date.

Dated this 7th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge